U.S. BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

FILED
US BANKRUPTCY COURT
2016 JUN 21 A 10: 29
POUGHKEEPSIE, NY

In re:                                              :        Case No.: 16-30001

Debtor:     JAMES W. SHARP                          :        Chapter 13

## APPLICATION DISMISSING CHAPTER 13 CASE

**X**     The debtor requests voluntary dismissal

in accordance with 11 U.S.C. sec. 1307(b). The case has not been

converted previously under 11 U.S.C. sec. 706, sec. 1112 or sec.

1208.

Dated:     June 21, 2016

_____
Daren A. Webber, Esq.
Attorney for Debtor
134 West Main Street, Ste 2
Goshen, NY 10924
Tel. No.: 845-615-9108
Email: darenawebberllc@gmail.com

# U.S. BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

In re:  : Case No.: 16-30001

Debtor: JAMES W. SHARP  : Chapter 13

## ORDER DISMISSING CHAPTER 13 CASE

X    The debtor has filed an application requesting voluntary dismissal in accordance with 11 U.S.C. sec. 1307(b) seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. sec. 706, sec. 1112 or sec. 1208.

IT IS ORDERED THAT:

1. This Chapter 13 case is dismissed.