# HARRIS BEACH PLLC
ATTORNEYS AT LAW

99 GARNSEY ROAD
PITTSFORD, NY 14534
(585) 419-8800

**KEVIN TOMPSETT**

DIRECT: (585) 419-8738
FAX: (585) 419-8811
KTOMPSETT@HARRISBEACH.COM

July 13, 2016

**VIA CM/ECF**

Hon. Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601

    Re:   In re: James Sharp
            Ch. 13; Case No.: 16-30001

Dear Judge Morris:

    This letter shall confirm that Citizens Bank, N.A. waives the requirements set forth in 11 U.S.C. § 362(e) relative to its motion for relief from stay, which is filed at docket no 31. I appreciate the Court's attention to this matter.

                                        Respectfully,

                                        Kevin Tompsett

KT/fsr

cc:    James Sharp *(via regular mail)*
       Kathryn Sharp *(via regular mail)*
       Daren A. Webber, Esq. *(via cm/ecf)*
       Jeffrey L. Sapir *(via cm/ecf)*
       U.S. Trustee *(via cm/ecf)*