# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

In Re:                                                                                    Chapter 13
                                                                                         Case 16-30001

**James Sharp**

Debtor(s)

------------------------------------------------

## ORDER CONVERTING CASE UNDER CHAPTER 13
## TO CASE UNDER CHAPTER 7

Upon the motion of the chapter 13 trustee to dismiss Debtor's case; and the debtor having subsequently filed a notice of dismissal; and the Court having held a hearing to consider the trustee's motion on June 28, 2016; and, the Court having determined, upon record of that hearing, that this chapter 13 case was filed for bad faith—the Debtor having filed at least 3 prior cases without ever supplying documents, attending the 341 meeting or otherwise fulfilling his duties under the Bankruptcy Code; and the Court having determined that there may be assets in this case available to creditors; it is hereby

**ORDERED** that the case be converted to a case under chapter 7 of the United States Bankruptcy Code; and it is further

**ORDERED** that a chapter 7 trustee be appointed.



**Dated: July 14, 2016**
     **Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**