**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

99 GARNSEY ROAD
PITTSFORD, NY 14534
(585) 419-8800

**KEVIN TOMPSETT**

DIRECT: (585) 419-8738
FAX: (585) 419-8812
KTOMPSETT@HARRISBEACH.COM

July 18, 2016

*VIA CM/ECF*

The Honorable Cecelia G. Morris
United States Bankruptcy Judge
United States Bankruptcy Court – SDNY
355 Main Street
Poughkeepsie, New York 12601-3315

    RE:   In re: James Sharp
           Ch. 7; Case No.: 16-30001

Dear Judge Morris:

We represent Citizens Bank, N.A. in the above-referenced matter. We respectfully request that Motion for Relief from the Automatic Stay and Co-Debtor Stay returnable on July 26, 2016, be adjourned to August 9, 2016 at 11:00 a.m. to allow time for service upon the Chapter 7 Trustee due to the conversion of this case from a Chapter 13 to a Chapter 7.

I thank the Court for its courtesies.

                                    Respectfully submitted,

                                    Kevin Tompsett/FSR

                                    Kevin Tompsett

KT/fsr

cc:   James Sharp *(via regular mail)*
      Kathryn Sharp *(via regular mail)*
      Daren A. Webber, Esq. *(via CM/ECF)*
      Jeffrey L. Sapir *(via CM/ECF)*
      Mark S. Tulis *(via CM/ECF)*
      U.S. Trustee *(via CM/ECF)*