# HARRIS BEACH PLLC
ATTORNEYS AT LAW

99 GARNSEY ROAD
PITTSFORD, NY 14534
(585) 419-8800

KEVIN TOMPSETT

DIRECT: (585) 419-8738
FAX: (585) 419-8812
KTOMPSETT@HARRISBEACH.COM

July 20, 2016

*VIA CM/ECF*

The Honorable Cecelia G. Morris
United States Bankruptcy Judge
United States Bankruptcy Court – SDNY
355 Main Street
Poughkeepsie, New York 12601-3315

    RE:    <u>In re: James Sharp</u>
            Ch. 7; Case No.: 16-30001

Dear Judge Morris:

    We represent Citizens Bank, N.A. in the above-referenced matter. Based on consent from debtor's counsel, we respectfully request that Motion for Relief from the Automatic Stay and Co-Debtor Stay returnable on July 26, 2016, be adjourned to **August 23, 2016 at 11:00 a.m.**

    I thank the Court for its courtesies.

                              Respectfully submitted,

                              *Kevin Tompsett/FSR*

                              Kevin Tompsett

KT/fsr

cc:    James Sharp *(via regular mail)*
        Kathryn Sharp *(via regular mail)*
        Daren A. Webber, Esq. *(via CM/ECF)*
        Jeffrey L. Sapir *(via CM/ECF)*
        Mark S. Tulis *(via CM/ECF)*
        U.S. Trustee *(via CM/ECF)*

281692 2867666v2