# Law Offices of Daren A. Webber

134 West Main Street, Ste 2
Goshen, NY 10924

Daren A. Webber, ESQ.                                    Telephone° (845) 615-9108
Yvonne Watts, Bankruptcy Paralegal                       Cell Tel.: (845) 776-0201

_____                                        Email° darenawebberLLC@gmail.com
                                                         Website° www.DarenAWebberesq.com

July 25, 2016

**BANKRUPTCY COURT SDNY**
**HON CECELIA G. MORRIS, CHIEF BANKRUPTCY JUDGE**


Re:     *James Sharp - 16-30001-cgm No Opposition to QCC.Motion for Relief from Stay and*
        *Co-Debtor Stay (as to James Sharp and Kathryn Sharp's interest in real property*
        *commonly known as 50 Townsend Farm Road, Lagrangeville, New York 12540)*
        *Pursuant to 11 U.S.C. §§ 362(d)(1), 362(d)(2), 362(d)(4)(B) and 1301(c) filed by Kevin*
        *Tompsett on behalf of Citizens Bank, N.A. with hearing to be held on 7/26/2016 at 11:00*
        *AM*

TO:     **THE HON. CECELIAG. MORRIS:**

The debtor takes no opposition to the above-referenced motion.

Thank you in advance for your attention to this matter.


Respectfully submitted

/s/ Daren A. Webber

_____

Daren A. Webber, Esq.


**Copy:    Debtor**

Pursuant to Federal Law §524 of Title 11 of the US Code, the Law Office of Daren A. Webber is a debt relief agency. We proudly
provide legal assistance and help people file for bankruptcy relief under the Bankruptcy Code.