# Law Offices of Daren A. Webber

### 134 West Main Street, Ste 2
### Goshen, NY 10924

Daren A. Webber, ESQ.
Yvonne Watts, Bankruptcy Paralegal

Telephone° (845) 615-9108
Cell Tel.: (845) 776-0201

Email° darenawebberLLC@gmail.com
Website° www.DarenAWebberesq.com

September 27, 2016

**BANKRUPTCY COURT S.D.N.Y.**
POUGHKEEPSIE DIVISION
Hon. Chief bankruptcy Judge Cecelia G. Morris

Re:   16-30001-cgm – James Sharp – No Opposition to Motion for Relief from Stay *as to Debtor's interest in real property commonly known as 50 Townsend Farm Road, Lagrangeville, NY 12540 with regard to the first mortgage* filed by Kevin Tompsett on behalf of Citizens Bank, N.A. with hearing to be held on 10/27/2016 at 11:00 AM at Poughkeepsie Office - 355 Main Street.

TO:  HON. CHIEF BANKRUPTCY JUDGE MORRIS:

By counsel, the debtor has failed to appear at a total of five (5) 341(a) Meetings of Creditors under his initial Chapter 13 filing and the converted Chapter 7. I have informed the debtor of his duty to appear at said hearings[1], yet the debtor has failed to appear.

The debtor has been informed of the above-referenced Motion. The debtor has informed me that he does not desire to oppose the motion.

Respectfully submitted

/s/ Daren A. Webber

Daren A. Webber, Esq.
134 West Main Street, Ste 2
Goshen, NY 10924
Tel. 845/615-9108
Email: darenawebberLLC@gmail.com

**Copy: Debtor**
**Attachment**

---

[1] 11 U.S. Code § 521(a)(5) - *The debtor shall— ... (5) appear at the hearing required under section 524(d) of this title;*

Pursuant to Federal Law §524 of Title 11 of the US Code, the Law Office of Daren A. Webber is a debt relief agency. We proudly provide legal assistance and help people file for bankruptcy relief under the Bankruptcy Code.

Please show. I also need tax returns that I asked for

1:43 PM Be well, Daren

2:11 PM Please call

Friday, August 19, 2016

8:05 AM James. Call me

Thursday, September 22, 2016

Jim are you making the hearing today

11:45 AM

I am in Ireland 11:45 AM

Ok I understand. They will move to dismiss your case. Please know that as the court converted your case to a chapter 7, this was an opportunity to discharge

Your liability.