UNITED STATES BANKRUPTCY COURT     **HEARING DATE: November 29, 2016**
SOUTHERN DISTRICT OF NEW YORK     **HEARING TIME: 9:00 a.m.**
POUGHKEEPSIE DIVISION
-------------------------------------------------------- x
In re:                        :
                           :   Case No. 16-30001 (CGM)
JAMES W. SHARP,          :
                           :   (Chapter 7)
                Debtor.    :
-------------------------------------------------------- x

## DECLARATION OF ALICIA M. LEONHARD

I, Alicia M. Leonhard, hereby declare under penalty of perjury that I downloaded the attached documents from PACER and have designated them as Exhibits 1 through 19:

1.     Docket in the Debtor's Case No. 16-30001 (CGM) (the "Current Case");

2.     Amended Schedule A/B filed in the Current Case;

3.     Amended Schedules D and E/F filed in the Current Case;

4.     Second Amended Statement of Intention filed in the Current Case;

5.     Excerpts from the Statement of Financial Affairs filed in the Current Case;

6.     Amended Schedules I and J filed in the Current Case;

7.     Docket in the Debtor's Case No. 14-36209 (CGM) (the "June 2014 Case");

8.     Schedules D, E, and F filed in the June 2014 Case;

9.     Docket in the Debtor's Case No. 15-35405 (CGM) (the "March 2015 Case")

10.     Schedule B filed in the March 2015 Case;

11.     Schedules I and J filed in the March 2015 Case;

12.     Excerpts from the Statement of Financial Affairs filed in the March 2015 Case;

13.     Schedules D, E, and F filed in the March 2015 Case;

14.     Docket in the Debtor's Case No. 15-37137 (CGM) (the "November 2015 Case")

15.     Schedule D, E, and Filed in the November 2015 Case;

16.     Schedule B filed in the November 2015 Case;

17.     Excerpts from the Statement of Financial Affairs filed in the November 2015

Case.

Dated:  Poughkeepsie, New York         */s/ Alicia M. Leonhard*
        October 19, 2016.                Alicia M. Leonhard
                                       Trial Attorney
                                       74 Chapel Street, Room 200
                                     Albany, New York 12207
                                     Telephone: 202.495.9929 (Direct)
                                     845.452.1696 (Voicemail)
                                     Facsimile:  518.434.4459
                                     Email: Alicia.M.Leonhard@usdoj.gov

**DebtEd, Repeat, Intra, SchedF, MDisCs**

# U.S. Bankruptcy Court
## Southern District of New York (Poughkeepsie)
## Bankruptcy Petition #: 16-30001-cgm

|  |  |
|---|---|
| | *Date filed:* 04/11/2016 |
| *Assigned to:* Judge Cecelia G. Morris | *Date converted:* 07/14/2016 |
| Chapter 7 | *Date of Intradistrict transfer:* 04/15/2016 |
| Previous chapter 13 | *341 meeting:* 09/22/2016 |
| Original chapter 13 | *Deadline for objecting to discharge:* 10/18/2016 |
| Voluntary | *Deadline for financial mgmt. course:* 10/18/2016 |
| No asset | |

**Debtor**
**James Sharp**
50 Townsend Farm Rd
Lagrangeville, NY 12540-5965
NEW YORK-NY
SSN / ITIN: xxx-xx-8180

represented by **Daren A. Webber**
Law Office of Daren A. Webber
134 W Main St
#2
Goshen, NY 10924
845-615-9108
Fax : 845-507-1169
Email: darenawebberllc@gmail.com

**Trustee**
**Mark S. Tulis**
Tulis Wilkes Huff & Geiger LLP
220 White Plains Road
2nd Floor
Tarrytown, NY 10591
(914) 747-4400

**U.S. Trustee**
**United States Trustee**
74 Chapel Street
Albany, NY 12207
(518) 434-4553

| Filing Date | # | Docket Text |
|---|---|---|
| 04/11/2016 | 1 (50 pgs) | Chapter 13 Voluntary Petition for Individual. Order for Relief Entered. Fee Amount $ 310, Receipt Number 197502 Section 521(i) Incomplete Filing Date: 5/26/2016. Incomplete Filings due by 4/25/2016, Filed by James Sharp . (Brown, Tenille) (Entered: 04/11/2016) |

EXHIBIT 1

| 04/11/2016 | [2](#)<br>(1 pg) | Certificate of Credit Counseling, Certificate Number[s]: 15725-NYS-CC-026556802 Filed by James Sharp. (Brown, Tenille) (Entered: 04/11/2016) |
|---|---|---|
| 04/11/2016 | [3](#)<br>(13 pgs; 2 docs) | Model Chapter 13 Plan filed by Daren Webber on behalf of James Sharp. (Brown, Tenille) Additional attachment(s) added on 4/11/2016 (Brown, Tenille). (Entered: 04/11/2016) |
| 04/11/2016 | | Repeat Filer. Previous Case Number(s) and Information: Case 14-36209(CGM); Filed 06/11/14; Closed 11/24/14; Case 15-35405 (CGM); Filed 03/06/05; Closed 05/21/15; Case 15-37137(CGM); Filed 11/20/15; Closed 02/19/16; (Brown, Tenille). (Entered: 04/11/2016) |
| 04/11/2016 | [4](#)<br>(3 pgs; 2 docs) | Chapter 13 341(a) Notice with 341(a) meeting to be held on 5/5/2016 at 11:00 AM at Office of UST (One Bowling Green, Fifth Floor, Room 511). with Confirmation hearing to be held on 8/4/2016 at 10:00 AM at Courtroom 601 (JLG) Last day to object to dischargeability of a debt is 7/5/2016. Last day to Object to Confirmation 7/25/2016, Proofs of Claim due by 8/3/2016, (Brown, Tenille). (Entered: 04/11/2016) |
| 04/12/2016 | [5](#)<br>(2 pgs) | Letter :*Trustee's first letter* Filed by Jeffrey L. Sapir-13 on behalf of Jeffrey L. Sapir-13. (Sapir-13, Jeffrey) (Entered: 04/12/2016) |
| 04/13/2016 | [6](#)<br>(2 pgs; 2 docs) | Notice Of Requirement To Complete The Course In Financial Management In Order To Receive A Discharge. (Mercado, Tracey). (Entered: 04/13/2016) |
| 04/13/2016 | [7](#)<br>(2 pgs; 2 docs) | Notice Of Case Reassignment From Judge James L. Garrity, Jr. To Judge Cecelia G. Morris. Judge Cecelia G. Morris Added To The Case. (Mercado, Tracey). (Entered: 04/13/2016) |
| 04/13/2016 | [8](#)<br>(3 pgs; 2 docs) | *** PLEASE SEE AMENDED 341 NOTICE *** Chapter 13 341(a) Notice With 341(a) Meeting To Be Held On 5/11/2016 At 02:00 PM At Office Of UST (355 Main Street, Poughkeepsie); With A Confirmation Hearing To Be held On 8/9/2016 At 01:25 PM At Courtroom 621 (CGM); Last Day To Object To Dischargeability Of A Debt Is |

| | | |
|---|---|---|
| | | 7/11/2016; Last Day To Object To Confirmation 8/1/2016, Proofs Of Claim Due By 8/9/2016. (Mercado, Tracey). Modified on 4/14/2016. (Sierra, Emiliano) (Entered: 04/13/2016) |
| 04/13/2016 | [9](#) (3 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # [4](#))) . Notice Date 04/13/2016. (Admin.) (Entered: 04/14/2016) |
| 04/14/2016 | [10](#) (3 pgs; 2 docs) | *** AMENDED 341 NOTICE *** Chapter 13 341(a) Notice with 341(a) meeting to be held on 5/11/2016 at 02:00 PM at Office of UST (355 Main Street, Poughkeepsie), with Confirmation hearing to be held on 6/21/2016 at 01:25 PM at Poughkeepsie Office - 355 Main Street. Last day to object to dischargeability of a debt is 7/11/2016. Last day to Object to Confirmation 6/13/2016, Proofs of Claim due by 8/9/2016. (Sierra, Emiliano) Modified on 4/14/2016 (Sierra, Emiliano). (Entered: 04/14/2016) |
| 04/15/2016 | [11](#) (2 pgs; 2 docs) | **(DISREGARD. BNC TERMINATED.)** Notice Of Intra-District Transfer To The Poughkeepsie Southern District Of New York Bankruptcy Court; THE NEW CASE NUMBER IS: 16-30001 (CGM). (Mercado, Tracey). Modified on 4/15/2016 (Gomez, Jessica). (Entered: 04/15/2016) |
| 04/15/2016 | [12](#) (2 pgs; 2 docs) | Notice Of Intra-District Transfer From The Manhattan Office To The Poughkeepsie Office; THE NEW CASE NUMBER IS: 16-30001 (CGM). (Mercado, Tracey). (Entered: 04/15/2016) |
| 04/15/2016 | [13](#) (2 pgs) | Certificate of Mailing Re: Notice of Case Reassignment (related document(s) (Related Doc # [7](#))) . Notice Date 04/15/2016. (Admin.) (Entered: 04/16/2016) |
| 04/15/2016 | [14](#) (3 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # [8](#))) . Notice Date 04/15/2016. (Admin.) (Entered: 04/16/2016) |
| 04/15/2016 | [15](#) (2 pgs) | Certificate of Mailing Re: Notice of Requirement to Complete Course in Financial Management |

| | | |
|---|---|---|
| | | (related document(s) (Related Doc # 6)) . Notice Date 04/15/2016. (Admin.) (Entered: 04/16/2016) |
| 04/16/2016 | 16 (3 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # 10)) . Notice Date 04/16/2016. (Admin.) (Entered: 04/17/2016) |
| 04/17/2016 | 17 (2 pgs) | Certificate of Mailing Re: Intra-District Transfer (related document(s) (Related Doc # 12)) . Notice Date 04/17/2016. (Admin.) (Entered: 04/18/2016) |
| 04/26/2016 | | Pending Deadlines Terminated RE: Section 521i Incomplete Filing and Incomplete Filing Deadlines set in error. (Sierra, Emiliano) (Entered: 04/26/2016) |
| 04/26/2016 | 18 (3 pgs; 2 docs) | *** AMENDED 341 NOTICE TO SHOW CORRECT INFORMATION FOR CLERK'S OFFICE *** Chapter 13 341(a) Notice with 341 (a) meeting to be held on 5/11/2016 at 02:00 PM at Office of UST (355 Main Street, Poughkeepsie), with Confirmation hearing to be held on 6/21/2016 at 01:25 PM at Poughkeepsie Office - 355 Main Street. Last day to object to dischargeability of a debt is 7/11/2016. Last day to Object to Confirmation 6/13/2016, Proofs of Claim due by 8/9/2016. (Sierra, Emiliano) (Entered: 04/26/2016) |
| 04/28/2016 | 19 (3 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # 18)) . Notice Date 04/28/2016. (Admin.) (Entered: 04/29/2016) |
| 05/12/2016 | 20 | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 6/8/2016 at 08:30 AM at Office of UST (355 Main Street, Poughkeepsie). Debtor absent. (Sapir-13, Jeffrey) (Entered: 05/12/2016) |
| 05/23/2016 | 21 (52 pgs; 6 docs) | Objection to Confirmation of Plan (related document(s)3) filed by Lee E. 16-22256Woodard on behalf of Citizens Bank, N.A.. with hearing to be held on 6/21/2016 at 01:25 PM at Poughkeepsie Office - 355 Main Street (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 |

| | | |
|---|---|---|
| | | Exhibit C # 4 Exhibit D # 5 Exhibit E)(16-22256Woodard, Lee) (Entered: 05/23/2016) |
| 05/23/2016 | 22 (2 pgs) | Certificate of Service (related document(s)21) Filed by Lee E. 16-22256Woodard on behalf of Citizens Bank, N.A.. (16-22256Woodard, Lee) (Entered: 05/23/2016) |
| 06/09/2016 | 23 | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 7/6/2016 at 08:30 AM at Office of UST (355 Main Street, Poughkeepsie). Debtor absent. (Sapir-13, Jeffrey) (Entered: 06/09/2016) |
| 06/10/2016 | 24 (8 pgs) | Motion to Dismiss Case filed by Jeffrey L. Sapir-13 on behalf of Jeffrey L. Sapir-13 with hearing to be held on 6/28/2016 at 01:25 PM at Poughkeepsie Office - 355 Main Street. (Sapir-13, Jeffrey) (Entered: 06/10/2016) |
| 06/21/2016 | 26 | Notice of Adjournment of Hearing RE: Confirmation Hearing; Hearing held and adjourned to 6/28/2016 at 01:30 PM at Poughkeepsie Office - 355 Main Street (LaChappelle, Jennifer). (Entered: 06/22/2016) |
| 06/21/2016 | 27 | Notice of Adjournment of Hearing RE: Objection to Confirmation of Plan filed by Lee E. Woodard on behalf of Citizens Bank, N.A; Hearing held and adjourned to 6/28/2016 at 01:30 PM at Poughkeepsie Office - 355 Main Street (LaChappelle, Jennifer). (Entered: 06/22/2016) |
| 06/21/2016 | 28 (2 pgs) | Motion to Dismiss Case filed by Daren A. Webber on behalf of James Sharp. (Sierra, Emiliano) (Entered: 06/23/2016) |
| 06/22/2016 | 25 (3 pgs) | *** PLEASE DISREGARD PDF ILLEGIBLE *** Letter (related document(s)24) Filed by Daren A. Webber on behalf of James Sharp. (Webber, Daren) Modified on 6/24/2016. (Sierra, Emiliano) (Entered: 06/22/2016) |
| 06/24/2016 | 29 (55 pgs) | Letter (related document(s)25) Filed by Daren A. Webber on behalf of James Sharp. (Webber, Daren) (Entered: 06/24/2016) |
| 06/28/2016 | | |

| | | |
|---|---|---|
| | | Pending Deadlines Terminated RE:Motion to Dismiss Case filed by Jeffrey L. Sapir-13 on behalf of Jeffrey L. Sapir-13; Hearing held and concluded; Case Converted; Submit order (LaChappelle, Jennifer). (Entered: 06/29/2016) |
| 06/30/2016 | [30](#) (2 pgs) | Certificate of Service (related document(s)[doc](#)) Filed by Kevin Tompsett on behalf of Citizens Bank, N.A.. (Tompsett, Kevin) (Entered: 06/30/2016) |
| 07/12/2016 | [31](#) (125 pgs; 16 docs) | QCC.Motion for Relief from Stay *and Co-Debtor Stay (as to James Sharp and Kathryn Sharp's interest in real property commonly known as 50 Townsend Farm Road, Lagrangeville, New York 12540) Pursuant to 11 U.S.C. §§ 362(d)(1), 362 (d)(2), 362(d)(4)(B) and 1301(c)* filed by Kevin Tompsett on behalf of Citizens Bank, N.A. with hearing to be held on 7/26/2016 at 11:00 AM at Poughkeepsie Office - 355 Main Street. (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B # [3](#) Exhibit C # [4](#) Exhibit D # [5](#) Exhibit E # [6](#) Exhibit F # [7](#) Exhibit G # [8](#) Exhibit H # [9](#) Exhibit I # [10](#) Exhibit J # [11](#) Exhibit K # [12](#) Exhibit L # [13](#) Exhibit M # [14](#) Exhibit N # [15](#) Exhibit O) (Tompsett, Kevin) Modified on 7/25/2016. (Sierra, Emiliano) (Entered: 07/12/2016) |
| 07/12/2016 | | Receipt of Motion for Relief from Stay (fee)(16-30001-cgm) [motion,185] ( 176.00) Filing Fee. Receipt number 11376211. Fee amount 176.00. (Re: Doc # [31](#)) (U.S. Treasury) (Entered: 07/12/2016) |
| 07/12/2016 | [32](#) (2 pgs) | Certificate of Service (related document(s)[31](#)) Filed by Kevin Tompsett on behalf of Citizens Bank, N.A.. (Tompsett, Kevin) (Entered: 07/12/2016) |
| 07/13/2016 | [33](#) (1 pg) | Letter *re: 11 U.S.C. § 362(e) waiver* (related document(s)[31](#)) Filed by Kevin Tompsett on behalf of Citizens Bank, N.A.. (Tompsett, Kevin) (Entered: 07/13/2016) |
| 07/14/2016 | [36](#) (6 pgs) | Transcript regarding Hearing Held on 06/28/16 at 1:52pm RE: TRANSCRIPT OF MOTION TO DISMISS CASE FILED BY JEFFREY L. SAPIR-13; CONFIRMATION HEARING and |

| | | |
|---|---|---|
| | | OBJECTION TO CONFIRMATION OF PLAN FILED BY LEE E. WOODARD ON BEHALF OF CITIZENS BANK, N.A. Remote electronic access to the transcript is restricted until 10/12/2016. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: J&J COURT TRANSCRIBERS, INC..]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 7/21/2016. Statement of Redaction Request Due By 8/4/2016. Redacted Transcript Submission Due By 8/15/2016. Transcript access will be restricted through 10/12/2016. (Brown, Tenille) (Entered: 07/15/2016) |
| 07/15/2016 | 34 (1 pg) | Order Converting Case Under Chapter 13 to Case Under Chapter 7 signed on 7/14/2016. (related document(s)24) (Sierra, Emiliano) (Entered: 07/15/2016) |
| 07/15/2016 | | Pending Chapter 13 Deadlines Terminated, Trustee Jeffrey L. Sapir-13 terminated from case, Trustee Mark S. Tulis added to the case. (Sierra, Emiliano) (Entered: 07/15/2016) |
| 07/15/2016 | 35 (3 pgs; 2 docs) | Notice of 341(a) Meeting of Creditors with 341(a) meeting to be held on 8/19/2016 at 11:30 AM at Office of UST (355 Main Street, Poughkeepsie). Financial Management Course Due: 10/18/2016. Last day to oppose the discharge of the debtor or to challenge dischargeability of certain debts is 10/18/2016. (Sierra, Emiliano) (Entered: 07/15/2016) |
| 07/17/2016 | 37 (3 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # 35)) . Notice Date 07/17/2016. (Admin.) (Entered: 07/18/2016) |
| 07/18/2016 | 38 (1 pg) | Letter re: adjournment of hearing (related document(s)31) Filed by Kevin Tompsett on behalf of Citizens Bank, N.A.. (Tompsett, Kevin) (Entered: 07/18/2016) |
| 07/18/2016 | 39 (1 pg) | Certificate of Service (related document(s)31) Filed by Kevin Tompsett on behalf of Citizens |

| | | Bank, N.A.. (Tompsett, Kevin) (Entered: 07/18/2016) |
|---|---|---|
| 07/20/2016 | [40](#) (1 pg) | Letter *re: Adjournment request to 8/23/16* (related document(s)[31](#)) Filed by Kevin Tompsett on behalf of Citizens Bank, N.A.. (Tompsett, Kevin) (Entered: 07/20/2016) |
| 07/24/2016 | [41](#) (2 pgs) | Amended Statement of Intention Filed by Daren A. Webber on behalf of James Sharp. (Webber, Daren) (Entered: 07/24/2016) |
| 07/24/2016 | [42](#) (2 pgs) | Amended Statement of Intention *2nd Amended* Filed by Daren A. Webber on behalf of James Sharp. (Webber, Daren) (Entered: 07/24/2016) |
| 07/24/2016 | [43](#) (24 pgs) | Amended Schedules filed: Schedule A/B - Individual, Schedule C - Individual, Schedule D - Individual, Schedule E/F - Individual, Schedule G - Individual, Schedule I - Individual, Schedule J - Individual, Summary of Assets and Liabilities, Declartion of Schedules Filed by Daren A. Webber on behalf of James Sharp. (Webber, Daren) Modified on 7/25/2016 to show all documents filed. (Sierra, Emiliano) (Entered: 07/24/2016) |
| 07/24/2016 | | Receipt of Amended Schedules(16-30001-cgm) [misc,schaja] ( 30.00) Filing Fee. Receipt number 11393792. Fee amount 30.00. (Re: Doc # [43](#)) (U.S. Treasury) (Entered: 07/24/2016) |
| 07/24/2016 | [44](#) (2 pgs) | Chapter 7 Statement of Current Monthly Income - Form 122A-1 Filed by Daren A. Webber on behalf of James Sharp. (Webber, Daren) (Entered: 07/24/2016) |
| 07/24/2016 | [45](#) (9 pgs) | Chapter 7 Means Test Calculation - Form 122A-2 Filed by Daren A. Webber on behalf of James Sharp. (Webber, Daren) (Entered: 07/24/2016) |
| 07/24/2016 | [46](#) (3 pgs) | Affidavit of Service (related document(s)[45](#), [42](#), [44](#), [41](#), [43](#)) Filed by Daren A. Webber on behalf of James Sharp. (Webber, Daren) (Entered: 07/24/2016) |
| 07/25/2016 | [47](#) (1 pg) | |

| | | |
|---|---|---|
| | | Letter *No opposition* (related document(s)31) Filed by Daren A. Webber on behalf of James Sharp. (Webber, Daren) (Entered: 07/25/2016) |
| 07/26/2016 | 48 | Notice of Adjournment of Hearing (related document(s)31) RE: Motion for Relief from Stay and Co-Debtor Stay (as to James Sharp and Kathryn Sharp's interest in real property commonly known as 50 Townsend Farm Road, Lagrangeville, New York 12540) Pursuant to 11 U.S.C. §§ 362(d)(1), 362(d)(2), 362(d)(4)(B) and 1301(c) filed by Kevin Tompsett on behalf of Citizens Bank, N.A.; Hearing not held and adjourned to 8/23/2016 at 11:00 AM at Poughkeepsie Office - 355 Main Street. (Kinchen, Gwen) (Entered: 08/01/2016) |
| 08/10/2016 | 49 (4 pgs) | Chapter 13 Trustee's Final Report and Account . (Sapir-13, Jeffrey) (Entered: 08/10/2016) |
| 08/22/2016 | 50 | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 9/22/2016 at 03:00 PM at Office of UST (355 Main Street, Poughkeepsie). (Tulis, Mark) (Entered: 08/22/2016) |
| 08/23/2016 | 52 | Notice of Adjournment of Hearing (related document(s)31) RE: Motion for Relief from Stay and Co-Debtor Stay (as to James Sharp and Kathryn Sharp's interest in real property commonly known as 50 Townsend Farm Road, Lagrangeville, New York 12540) Pursuant to 11 U.S.C. §§ 362(d)(1), 362(d)(2), 362(d)(4)(B) and 1301(c) filed by Kevin Tompsett on behalf of Citizens Bank, N.A.; Hearing held and adjourned to 9/27/2016 at 11:00 AM at Poughkeepsie Office - 355 Main Street. (Kinchen, Gwen) (Entered: 08/25/2016) |
| 08/25/2016 | 51 (3 pgs) | Letter (related document(s)31) Filed by Kevin Tompsett on behalf of Citizens Bank, N.A.. (Tompsett, Kevin) (Entered: 08/25/2016) |
| 08/30/2016 | | Pending Deadlines Terminated: Motion for Relief from Stay and Co-Debtor Stay (as to James Sharp and Kathryn Sharp's interest in real property commonly known as 50 Townsend Farm Road, Lagrangeville, New York 12540) Pursuant to 11 |

| | | |
|---|---|---|
| | | U.S.C. §§ 362(d)(1), 362(d)(2), 362(d)(4)(B) and 1301(c) filed by Kevin Tompsett on behalf of Citizens Bank, N.A.; Motion granted, submit order. (Kinchen, Gwen) (Entered: 08/31/2016) |
| 09/02/2016 | 53 (2 pgs) | Order Granting Motion for Relief from Stay for Citizens Bank, N.A. f/k/a RBS Citizens, N.A. regarding property located at 50 Townsend Farm Road, Lagrangeville, New York 12540 signed on 9/2/2016. (Related Doc # 31) (Sierra, Emiliano) (Entered: 09/02/2016) |
| 09/23/2016 | 54 | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 10/13/2016 at 3:00 PM at Office of UST (355 Main Street, Poughkeepsie). (Tulis, Mark) (Entered: 09/23/2016) |
| 09/26/2016 | 55 (100 pgs; 13 docs) | Motion for Relief from Stay *as to Debtor's interest in real property commonly known as 50 Townsend Farm Road, Lagrangeville, NY 12540 with regard to the first mortgage* filed by Kevin Tompsett on behalf of Citizens Bank, N.A. with hearing to be held on 10/27/2016 at 11:00 AM at Poughkeepsie Office - 355 Main Street. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L) (Tompsett, Kevin) (Entered: 09/26/2016) |
| 09/26/2016 | | Receipt of Motion for Relief from Stay (fee)(16-30001-cgm) [motion,185] ( 176.00) Filing Fee. Receipt number 11489881. Fee amount 176.00. (Re: Doc # 55) (U.S. Treasury) (Entered: 09/26/2016) |
| 09/26/2016 | 56 (2 pgs) | Certificate of Service (related document(s)55) Filed by Kevin Tompsett on behalf of Citizens Bank, N.A.. (Tompsett, Kevin) (Entered: 09/26/2016) |
| 09/27/2016 | 57 (2 pgs) | Letter *No opposition* (related document(s)55) Filed by Daren A. Webber on behalf of James Sharp. (Webber, Daren) (Entered: 09/27/2016) |
| 09/28/2016 | 58 (1 pg) | Letter *re: 11 U.S.C. § 362(e) waiver* (related document(s)55) Filed by Kevin Tompsett on |

| | | |
|---|---|---|
| | | behalf of Citizens Bank, N.A.. (Tompsett, Kevin) (Entered: 09/28/2016) |
| 10/06/2016 | [59](#) (2 pgs; 2 docs) | Notice of Requirement to Complete Course in Financial Management. (Sierra, Emiliano) (Entered: 10/06/2016) |
| 10/08/2016 | [60](#) (2 pgs) | Certificate of Mailing Re: Notice of Requirement to Complete Course in Financial Management (related document(s) (Related Doc # [59](#)) . Notice Date 10/08/2016. (Admin.) (Entered: 10/09/2016) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/17/2016 06:30:59 | | |
| **PACER Login:** | ux0579:2790330:4299065 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 16-30001-cgm Fil or Ent: filed From: 10/3/2014 To: 10/17/2016 Doc From: 0 Doc To: 99999999 Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James Sharp** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, POUGHKEEPSIE DIVISION | | |
| Case number | **16-30001** | | |

■ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

1.1

**50 Townsend Farm Rd**
Street address, if available, or other description

**Lagrangeville       NY       12540-5965**
City                State       ZIP Code

**Orange**
County

**What is the property?** Check all that apply

■ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Former primary residence of debtor primary residence of spouse**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$650,000.00** | **$650,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenancy by the Entirety**

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................................=>

| |
|---|
| **$650,000.00** |

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Official Form 106A/B

Schedule A/B: Property

page 1

EXHIBIT 2

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1    **Sharp, James**                                   Case number *(if known)*    16-30001

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No

■ Yes

| | | |
|---|---|---|
| 3.1 | Make: **Honda** | |
| | Model: **CR-V** | |
| | Year: **2015** | |
| | Approximate mileage: **30000** | |
| | Other information: | |
| | **Vehicle** | |

Who has an interest in the property? Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $22,442.00 | $22,442.00 |

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=>          $22,442.00

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes. Describe.....

| Goods in home | $4,000.00 |
|---|---|

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes. Describe.....

| TV, Stereo, Misc. Items | $2,000.00 |
|---|---|

### 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes. Describe.....

### 9. Equipment for sports and hobbies
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No

☐ Yes. Describe.....

### 10. Firearms
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes. Describe.....

Official Form 106A/B                    Schedule A/B: Property                    page 2

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor 1 | **Sharp, James** | | Case number *(if known)* | **16-30001** |

**11. Clothes**
    *Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories*
☐ No
■ Yes. Describe.....

| Apparel | $20,000.00 |

**12. Jewelry**
    *Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver*
☐ No
■ Yes. Describe.....

| Small items not worth more than $2000 | $1,100.00 |

**13. Non-farm animals**
    *Examples: Dogs, cats, birds, horses*
■ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................................

| $27,100.00 |

**Part 4:  Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**16. Cash**
    *Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition*
☐ No
■ Yes.................................................................................

|  | Cash on person | $1,000.00 |

**17. Deposits of money**
    *Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.*
☐ No
■ Yes........................    Institution name:

| 17.1. | **Checking Account** | **Bank Acct.**<br>**Chase Bank** | $3,000.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
    *Examples: Bond funds, investment accounts with brokerage firms, money market accounts*
■ No
☐ Yes..................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
■ No
☐ Yes. Give specific information about them....................
    Name of entity:                                          % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.*
    *Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.*

Official Form 106A/B                              Schedule A/B: Property                                          page 3

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1    **Sharp, James** _____    Case number *(if known)*  **16-30001**

■ No
☐ Yes. Give specific information about them
              Issuer name:

21.  **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
        Type of account:          Institution name:
        **Retirement Account**     **Retirement**             **$150,000.00**

22.  **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................               Institution name or individual:

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27.  **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☐ No
    ■ Yes.  Give specific information about them...
         **Medical License**                 **unknown**

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

28.  **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29.  **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30.  **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits;
              unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1    **Sharp, James**                                                Case number *(if known)*    **16-30001**

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.

Company name:                                    Beneficiary:                                    Surrender or refund
                                                                                                value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has
died.
■ No
☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
■ No
☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
■ No
☐ Yes. Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for
      Part 4. Write that number here**..................................................................................................................... | **$154,000.00**

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

**37. Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes. Go to line 38.

| **Part 6** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes. Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
■ No
☐ Yes. Give specific information.........

**54.  Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$0.00**

Official Form 106A/B                          Schedule A/B: Property                                                page 5
Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1    **Sharp, James**                                    Case number *(if known)*  __16-30001__

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | |
|---|---|---|
| 55. | Part 1: Total real estate, line 2 ..................................................................................... | **$650,000.00** |
| 56. | Part 2: Total vehicles, line 5 | **$22,442.00** |
| 57. | Part 3: Total personal and household items, line 15 | **$27,100.00** |
| 58. | Part 4: Total financial assets, line 36 | **$154,000.00** |
| 59. | Part 5: Total business-related property, line 45 | **$0.00** |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | **$0.00** |
| 61. | Part 7: Total other property not listed, line 54                              + | **$0.00** |
| 62. | Total personal property. Add lines 56 through 61... **$203,542.00**    Copy personal property total | **$203,542.00** |
| 63. | Total of all property on Schedule A/B. Add line 55 + line 62 | **$853,542.00** |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Bank Acct.**<br>**Chase Bank**<br>Line from Schedule A/B: **17.1** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **N.Y. Civ. Prac. Law and Rules § 5205(a)(9)** |
| **Retirement**<br>Line from Schedule A/B: **21.1** | $150,000.00 | ■ $150,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **N.Y. Debt & Cred. Law § 282(2)(e)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Schedule C: The Property You Claim as Exempt**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James Sharp** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, POUGHKEEPSIE DIVISION | | |
| Case number (if known) | **16-30001** | | |

■ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor. 's name.

| | | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion if any |
|---|---|---|---|---|
| **2.1 Internal Revenue Service (IRS)** Creditor's Name | **Describe the property that secures the claim:** **50 Townsend Farm Rd, Lagrangeville, NY 12540-5965 Former primary residence of debtor primary residence of spouse** | **$128,428.59** | **$650,000.00** | **$0.00** |

P.O. Box 7346
Philadelphia, PA
19101-7346

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    **8180**

| | | | | |
|---|---|---|---|---|
| **2.2 New York State Department Of Finance** Creditor's Name | **Describe the property that secures the claim:** **50 Townsend Farm Rd, Lagrangeville, NY 12540-5965 Former primary residence of debtor primary residence of spouse** | **$46,261.30** | **$650,000.00** | **$0.00** |

PO Box 5300
Albany, NY 12205-0300

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)

Official Form 106D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 3

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

EXHIBIT 3

Debtor 1    **James Sharp**

First Name    Middle Name    Last Name    • Case number (if know)    **16-30001**

☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a
community debt    ■ Other (including a right to offset)    **Income Taxes State**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.3 | **RBS Citezns Bank** | Describe the property that secures the claim: | $154,815.45 | $650,000.00 | $0.00 |

Creditor's Name

**Corporate Office
1 Citizens Plz Ofc
Providence, RI
02903-1344**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

Describe the property that secures the claim:
**50 Townsend Farm Rd,
Lagrangeville, NY 12540-5965
Former primary residence of debtor
primary residence of spouse**
As of the date you file, the claim is: Check all that
apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **2nd Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.4 | **RBS Citizens Bank** | Describe the property that secures the claim: | $269,901.89 | $650,000.00 | $0.00 |

Creditor's Name

**Corporate Office
1 Citizens Plz Ofc
Providence, RI
02903-1344**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

Describe the property that secures the claim:
**50 Townsend Farm Rd,
Lagrangeville, NY 12540-5965
Former primary residence of debtor
primary residence of spouse**
As of the date you file, the claim is: Check all that
apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **1st Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.5 | **Rhinebeck Bank** | Describe the property that secures the claim: | $20,000.00 | $22,442.00 | $0.00 |

Creditor's Name

**PO Box 1191
Poughkeepsie, NY
12602-1191**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Describe the property that secures the claim:
**2015 Honda CR-V Touring 4dr SUV
(2.4L 4cyl CVT)
Vehicle**
As of the date you file, the claim is: Check all that
apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

Debtor 1  __James Sharp__
    First Name         Middle Name         Last Name             Case number (if know)  __16-30001__

☐ Check if this claim relates to a     ■ Other (including a right to offset)  **Vehicle Finance**
   community debt

Date debt was incurred _____  Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$619,407.23** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$619,407.23** |

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James Sharp** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, POUGHKEEPSIE DIVISION |
| Case number (if known) | 16-30001 |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Internal Revenue Service (IRS)** | Last 4 digits of account number  8180 | $303,111.4 | | |
| | Priority Creditor's Name | | 1 | $303,111.41 | $0.00 |
| | | When was the debt incurred? | | | |
| | P.O. Box 7346 | | | | |
| | Philadelphia, PA 19101-7346 | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Income Tax Debt**

Debtor 1  **Sharp, James**                                                    Case number (if known)  **16-30001**

| 2.2 | **New York State Department Of Finance** | | | |
|---|---|---|---|---|

Priority Creditor's Name

Last 4 digits of account number _____ **$4,825.43**   **$4,825.43**   **$0.00**

When was the debt incurred?  _____

**P.O. Box 5300**
**Albany, NY 12205-0300**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Income Taxes**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**

- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | **Internal Revenue Service (IRS)** | | **$1,875.64** |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____

When was the debt incurred?  _____

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

Debtor 1  **Sharp, James**                                     Case number (if know)  **16-30001**

| 4.2 | **New York State Department Of Finance** | |
|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____    $2,268.00

When was the debt incurred?    _____

**P.O. Box 5300**
**Albany, NY 12205-0300**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Income Taxes**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. $ | 307,936.84 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. $ | 307,936.84 |
| | | | | Total Claim |
| **Total claims from Part 2** | 6f. | Student loans | 6f. $ | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 4,143.64 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. $ | 4,143.64 |

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James Sharp** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, POUGHKEEPSIE DIVISION | | |
| Case number (if known) | **16-30001** | | |

■ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Internal Revenue Service (IRS)** <br><br> Description of property securing debt: **50 Townsend Farm Rd, Lagrangeville, NY 12540-5965** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> **Negotiate Settlement** | ■ No <br><br> ☐ Yes |
| Creditor's name: **New York State Department Of Finance** <br><br> Description of property securing debt: **50 Townsend Farm Rd, Lagrangeville, NY 12540-5965** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> **Negotiate Settlement** | ■ No <br><br> ☐ Yes |
| Creditor's name: **RBS Citezns Bank** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No <br><br> ☐ Yes |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

EXHIBIT 4

| Debtor 1 | **Sharp, James** | | Case number *(if known)* | **16-30001** |

| Description of property securing debt: | **50 Townsend Farm Rd, Lagrangeville, NY 12540-5965** | ■ Retain the property and [explain]: **Other seeking modification or Surrender** |

---

| Creditor's name: | **RBS Citizens Bank** | ☐ Surrender the property. | ■ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **50 Townsend Farm Rd, Lagrangeville, NY 12540-5965** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ Yes |
| | | ■ Retain the property and [explain]: **Other seeking modification or Surrender** | |

| **Part 2:** | **List Your Unexpired Personal Property Leases** |

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases** | | **Will the lease be assumed?**

| Lessor's name: | **APARTMENT LEASE** | ☐ No |
| | | ■ Yes |
| Description of leased Property: | **APARTMENT LEASE AGREEMENT** | |

| **Part 3:** | **Sign Below** |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  **/s/ James Sharp**                                    X _____

**James Sharp**                                                      Signature of Debtor 2
Signature of Debtor 1

Date    **July 24, 2016**                                     Date _____

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James Sharp** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, POUGHKEEPSIE DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

■ Married
☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **50 Townsend Farm Rd Lagrangeville, NY 12540-5965** | From-To: | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

■ No
☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

EXHIBIT 5

Debtor 1    **Sharp, James** _____    Case number *(if known)* _____

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."*

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

■    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

**7.    Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**8.    Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

**9.    Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications,

Debtor 1    **Sharp, James**                                                    Case number *(if known)*

and contract disputes.

☑ No
☐ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case number | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Charity's Name | | | |
| Address (Number, Street, City, State and ZIP Code) | | | |

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | | |

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Fill in this information to identify your case:

Debtor 1 __**James Sharp**_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK,
POUGHKEEPSIE DIVISION

Case number    __**16-30001**_____
(if known)

Check if this is:

☑ An amended filing
☐ A supplement showing postpetition chapter 13
income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:       Describe Employment

1. **Fill in your employment information.**

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | Occupation | **Medical Doctor** | |
| | Employer's name | **Bio Reference Laboratories** | |
| Occupation may include student or homemaker, if it applies. | Employer's address | **481 Edward H. Ross Drive**<br>**Elmwood Park, NJ 07407** | |
| | How long employed there? | **11 years** | |

### Part 2:       Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **14,583.32** | $ **N/A** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ **N/A** |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. | $ **14,583.32** | $ **N/A** |

EXHIBIT 6

Debtor 1  **Sharp, James**                                          Case number *(if known)*  **16-30001**

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 14,583.32 | $ N/A |

**5. List all payroll deductions:**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 3,544.47 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: **Medical Dental** | 5h.+ | $ 398.67 | + $ N/A |

**6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  6.  $ 3,943.14   $ N/A

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7.  $ 10,640.18   $ N/A

**8. List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 3,333.33 | $ N/A |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 | + $ N/A |

**9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  9.  $ 3,333.33   $ N/A

**10. Calculate monthly income.** Add line 7 + line 9.  10.  $ 13,973.51  + $ N/A  = $ 13,973.51
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                                11.  +$ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies  12.  $ 13,973.51
**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:

> Debtor separated from spouse. Debtor has filed multiple cases and voluntary dismissed these cases, according to debtor, because of medical issues that he was facing, decrease of income and his desire to settle the full amount of the secured mortgage with 2nd mortgage company. In fact, prior to this instant filing, debtor, on his own has worked to settle a pay-off of the 2nd mortgage in order to avoid pending sale date. Debtor seeking to potentially withdraw funds from IRA to cure 2nd mortgage.
>
> 2nd mortgage balooned and debtor is due for the full amount. Debtor is further deeply indebted to the NYS Dept. of Taxation & Finance as well as the IRS. Should debtor be able to settle said debts, the result will likely result in a lump sum payment to the 2nd mortgage holder as well as monthly payments upon the tax debt leaving no disposible income.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **James Sharp** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, POUGHKEEPSIE DIVISION |
| Case number (If known) | **16-30001** |

Check if this is:
- ■ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ■ No

    Do not list Debtor 1 and Debtor 2.     ☐ Yes.   Fill out this information for each dependent.............

    Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4.  The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.  

    4.  $ _____ 2,561.25

    If not included in line 4:

    4a.  Real estate taxes                                   4a. $ _____ 0.00
    4b.  Property, homeowner's, or renter's insurance        4b. $ _____ 0.00
    4c.  Home maintenance, repair, and upkeep expenses       4c. $ _____ 250.00
    4d.  Homeowner's association or condominium dues          4d. $ _____ 0.00
5.  **Additional mortgage payments for your residence,** such as home equity loans    5.  $ _____ 2,580.25

Debtor 1   **Sharp, James**                                Case number (if known)   **16-30001**

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 450.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 85.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 300.00 |
| | 6d. | Other. Specify:   **Cell Telephone** | 6d. | $ | 150.00 |
| | | **Apartment Lease Agreement** | | $ | 2,500.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 400.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 150.00 |
| 10. | **Personal care products and services** | | 10. | $ | 160.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 40.09 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 200.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 0.00 |
| | 15b. | Health insurance | 15b. | $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 200.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 400.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | | 21. | +$ | 0.00 |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 10,726.59 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 10,726.59 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 (your combined monthly income) from Schedule I. | 23a. | $ | 13,973.51 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 10,726.59 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | $ | 3,246.92 |

Debtor 1   **Sharp, James**                                                        Case number (if known)   **16-30001**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
    modification to the terms of your mortgage?

    ☐ No.

    ■ Yes.   Explain here:**Debtor separated from spouse. Debtor has filed multiple cases and voluntary dismissed these cases, according to debtor, because of medical issues that he was facing, decrease of income and his desire to settle the full amount of the secured mortgage with 2nd mortgage company. In fact, prior to this instant filing, debtor, on his own has worked to settle a pay-off of the 2nd mortgage in order to avoid pending sale date. Debtor seeking to potentially withdraw funds from IRA to cure 2nd mortgage.**

    **2nd mortgage balooned and debtor is due for the full amount. Debtor is further deeply indebted to the NYS Dept. of Taxation & Finance as well as the IRS. Should debtor be able to settle said debts, the result will likely result in a lump sum payment to the 2nd mortgage holder as well as monthly payments upon the tax debt leaving no disposible income.**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **James Sharp** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, POUGHKEEPSIE DIVISION |
| Case number | **16-30001** |
| (if known) | |

■ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Sign Below |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  _/s/ James Sharp_                              X  _____
   James Sharp                                        Signature of Debtor 2
   Signature of Debtor 1

Date  **July 24, 2016**                            Date  _____

**DebtEd, MDisCs, CLOSED**

# U.S. Bankruptcy Court
## Southern District of New York (Poughkeepsie)
## Bankruptcy Petition #: 14-36209-cgm

|  |  |
|---|---|
| | *Date filed:* 06/11/2014 |
| *Assigned to:* Judge Cecelia G. Morris | *Date terminated:* 11/24/2014 |
| Chapter 13 | *Debtor dismissed:* 07/15/2014 |
| Voluntary | *341 meeting:* 08/20/2014 |
| Asset | |

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**James W. Sharp**
50 Townsend Farm Rd
Lagrangeville, NY 12540-5965
DUTCHESS-NY
SSN / ITIN: xxx-xx-8180

represented by **Daren A. Webber**
Law Office of Daren A. Webber
134 W Main St
#2
Goshen, NY 10924
845-615-9108
Fax : 845-507-1169
Email: darenawebberllc@gmail.com

**Trustee**
**Jeffrey L. Sapir-13**
As Chapter 13 and 12 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603
(914) 328-6333

represented by **Jeffrey L. Sapir-13**
As Chapter 13 and 12 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603
(914) 328-6333
Fax : (914) 328-7299
Email: info@sapirch13tr.com

**U.S. Trustee**
**United States Trustee**
74 Chapel Street
Albany, NY 12207
(518) 434-4553

| Filing Date | # | Docket Text |
|---|---|---|
| 06/11/2014 | 1 <br> (23 pgs) | Voluntary Petition (Chapter 13). Order for Relief Entered. Section 521(i) Incomplete Filing Date: 07/28/2014. Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income Form 22C Due 06/25/2014 Schedule I due 06/25/2014. Schedule J due |

**EXHIBIT 7**

| | | |
|---|---|---|
| | | 06/25/2014. Statement of Financial Affairs due 06/25/2014. Chapter 13 Model Plan due 06/25/2014. Incomplete Filings due by 06/25/2014, Filed by Daren A. Webber of Law Office of Daren A. Webber on behalf of James W. Sharp. (Webber, Daren) (Entered: 06/11/2014) |
| 06/11/2014 | 2 (1 pg) | Certificate of Credit Counseling, Certificate Number [s]: 15725-nys-cc-023430258 filed by Daren A. Webber on behalf of James W. Sharp. (Webber, Daren) (Entered: 06/11/2014) |
| 06/11/2014 | 3 (2 pgs) | Exhibit D Re: Credit Counseling Requirement, Stating Full Satisfaction of Requirement filed by Daren A. Webber on behalf of James W. Sharp. (Webber, Daren) (Entered: 06/11/2014) |
| 06/11/2014 | | Receipt of Voluntary Petition (Chapter 13)(14-36209) [misc,1161] ( 310.00) Filing Fee. Receipt number 10146007. Fee amount 310.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 06/11/2014) |
| 06/11/2014 | 4 (2 pgs; 2 docs) | Deficiency Notice (Colon, Gwen). (Entered: 06/11/2014) |
| 06/11/2014 | | Judge Cecelia G. Morris added to the case, Trustee Jeffrey L. Sapir-13 added to the case. (Sierra, Emiliano) (Entered: 06/11/2014) |
| 06/11/2014 | 5 (3 pgs; 2 docs) | Chapter 13 341(a) Notice with 341(a) meeting to be held on 7/9/2014 at 10:30 AM at Office of UST (355 Main Street, Poughkeepsie). with Confirmation hearing to be held on 8/19/2014 at 01:25 PM at Poughkeepsie Office - 355 Main Street. Last day to object to dischargeability of a debt is 9/8/2014. Last day to Object to Confirmation 8/11/2014, Proofs of Claim due by 10/7/2014. (Sierra, Emiliano) (Entered: 06/11/2014) |
| 06/12/2014 | 6 (2 pgs) | Letter *Trutee's Notice to Debtor/Attorney* filed by Jeffrey L. Sapir-13 on behalf of Jeffrey L. Sapir-13. (Sapir-13, Jeffrey) (Entered: 06/12/2014) |
| 06/13/2014 | 7 (3 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # 5)) . Notice Date 06/13/2014. (Admin.) (Entered: 06/14/2014) |

| 06/13/2014 | 8 (2 pgs) | Certificate of Mailing Re: Deficiency Notice (related document(s) (Related Doc # 4)) . Notice Date 06/13/2014. (Admin.) (Entered: 06/14/2014) |
| 06/18/2014 | 9 (4 pgs) | Notice of Mortgage Payment Change (Rule 3002.1) with Certificate of Service. Proof of Claim NOT ON FILE filed by Citizen's Bank N.A.. (Colon, Gwen) (Entered: 06/18/2014) |
| 07/09/2014 | 10 | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 8/20/2014 at 08:30 AM at Office of UST (355 Main Street, Poughkeepsie). Debtor absent. (Sapir-13, Jeffrey) (Entered: 07/09/2014) |
| 07/13/2014 | 11 (2 pgs; 2 docs) | Motion to Dismiss Case *Voluntary by Debtor* filed by Daren A. Webber on behalf of James W. Sharp. (Attachments: # 1 Proposed Oder) (Webber, Daren) (Entered: 07/13/2014) |
| 07/15/2014 | 12 (3 pgs; 3 docs) | Order Granting Motion To Dismiss Case (Related Doc # 11) signed on 7/15/2014. (Colon, Gwen) (Entered: 07/15/2014) |
| 07/17/2014 | 13 (2 pgs) | Certificate of Mailing Re: Order to Dismiss (related document(s) (Related Doc # 12)) . Notice Date 07/17/2014. (Admin.) (Entered: 07/18/2014) |
| 09/03/2014 | | Pending Deadlines Terminated RE: Section 521i Incomplete Filing; MOOT; Case dismissed (LaChappelle, Jennifer). (Entered: 09/03/2014) |
| 11/20/2014 | 14 (4 pgs) | Chapter 13 Trustee's Final Report and Account . (Sapir-13, Jeffrey) (Entered: 11/20/2014) |
| 11/24/2014 | | Case Closed. (Colon, Gwen). (Entered: 11/24/2014) |

| **PACER Service Center** | | |
| **Transaction Receipt** | | |
| 10/17/2016 06:37:01 | | |
| **PACER Login:** | ux0579:2790330:4299065 | **Client Code:** | |

B6D (Official Form 6D) (12/07)

IN RE Sharp, James W. _____    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **CCO Mortgag** <br> **Cco Mortgage Corp,Charter** <br> **10561 Telegraph Rd** <br> **Glen Allen, VA  23059-4577** | | | **Second Mortgage Primary Residence** <br><br> **First Mortgage** <br><br><br> VALUE $ **579,000.00** | | | | **Unknown** | |
| ACCOUNT NO. <br><br> **RBS Citezns Bank** <br> **Corporate** <br> **1 Citizens Plz Ofc** <br> **Providence, RI  02903-1344** | | H | **2nd Mortgage Primary Residence** <br><br> **Second Mortgage** <br><br><br> VALUE $ **579,000.00** | | | | **120,000.00** | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br> VALUE $ | | | | | |

_____ **0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **120,000.00** | $ |
| Total (Use only on last page) | $ **120,000.00** | $ |

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

EXHIBIT 8

B6E (Official Form 6E) (04/13)

IN RE **Sharp, James W.** _____     Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

B6F (Official Form 6F) (12/07)

IN RE Sharp, James W. _____ Case No. _____
           Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Internal Revenue Service (IRS)**<br>**P.O. Box 21126**<br>**Philadelphia, PA  19114** | | | **Income Tax Liability** | | | | **5,000.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

_____**0**_____ continuation sheets attached

|  | Subtotal<br>(Total of this page) | $ | **5,000.00** |
|---|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | **5,000.00** |

**DebtEd, Repeat, MDisCs, CLOSED**

# U.S. Bankruptcy Court
## Southern District of New York (Poughkeepsie)
## Bankruptcy Petition #: 15-35405-cgm

|  |  |
|---|---|
| *Date filed:* | 03/06/2015 |

*Assigned to:* Judge Cecelia G. Morris

| | |
|---|---|
| | *Date terminated:* 05/21/2015 |

Chapter 13

*Debtor dismissed:* 04/17/2015

Voluntary

*341 meeting:* 04/15/2015

Asset

*Debtor disposition:* Dismissed for Other Reason

| **Debtor** | represented by **Daren A. Webber** |
|---|---|
| **James W. Sharp** | Law Office of Daren A. Webber |
| 50 Townsend Farm Rd | 134 W Main St |
| Lagrangeville, NY 12540-5965 | #2 |
| DUTCHESS-NY | Goshen, NY 10924 |
| SSN / ITIN: xxx-xx-8180 | 845-615-9108 |
| | Fax : 845-507-1169 |
| | Email: darenawebberllc@gmail.com |

**Trustee**
**Jeffrey L. Sapir-13**
As Chapter 13 and 12 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603
(914) 328-6333

**U.S. Trustee**
**United States Trustee**
74 Chapel Street
Albany, NY 12207
(518) 434-4553

| Filing Date | # | Docket Text |
|---|---|---|
| 03/06/2015 | 1 (49 pgs) | Voluntary Petition (Chapter 13). Order for Relief Entered. Fee Amount $310.00, Receipt Number 00000. Chapter 13 Model Plan due 3/20/2015. Filed by Daren A. Webber of Law Office of Daren A. Webber on behalf of James W. Sharp. (Sierra, Emiliano) (Entered: 03/09/2015) |

EXHIBIT 9

| | | |
|---|---|---|
| 03/06/2015 | [2](#)<br>(1 pg) | Exhibit D Re: Credit Counseling Requirement, Stating Full Satisfaction of Requirement Filed by Daren A. Webber on behalf of James W. Sharp. (Sierra, Emiliano) Modified on 3/9/2015 to correct date filed on. (Sierra, Emiliano) (Entered: 03/09/2015) |
| 03/06/2015 | [3](#)<br>(1 pg) | Certificate of Credit Counseling, Certificate Number [s]: 15725-NYS-CC-025133723 Filed by Daren A. Webber on behalf of James W. Sharp. (Sierra, Emiliano) Modified on 3/9/2015 to correct date filed on. (Sierra, Emiliano) (Entered: 03/09/2015) |
| 03/09/2015 | | Repeat Filer. Previous Case Number(s) and Information: Chapter 13; Case 14-36209 was filed on 6/11/2014, dismissed 7/15/2014, closed 11/24/2014. (Sierra, Emiliano) (Entered: 03/09/2015) |
| 03/09/2015 | | Judge Cecelia G. Morris added to the case, Trustee Jeffrey L. Sapir-13 added to the case. (Sierra, Emiliano) (Entered: 03/09/2015) |
| 03/09/2015 | [4](#)<br>(2 pgs; 2 docs) | Deficiency Notice. (Sierra, Emiliano) (Entered: 03/09/2015) |
| 03/09/2015 | [5](#)<br>(3 pgs; 2 docs) | Chapter 13 341(a) Notice with 341(a) meeting to be held on 4/1/2015 at 12:00 PM at Office of UST (355 Main Street, Poughkeepsie), with Confirmation hearing to be held on 5/19/2015 at 01:25 PM at Poughkeepsie Office - 355 Main Street. Last day to object to dischargeability of a debt is 6/1/2015. Last day to Object to Confirmation 5/11/2015, Proofs of Claim due by 6/30/2015. (Sierra, Emiliano) (Entered: 03/09/2015) |
| 03/10/2015 | | Receipt of Voluntary Petition Filing Fee (Chapter 13). Fee Amount $ 310 , Receipt Number 34033. (Colon, Gwen). (Entered: 03/10/2015) |
| 03/10/2015 | [6](#)<br>(12 pgs; 2 docs) | Model Chapter 13 Plan filed by Daren A. Webber on behalf of James W. Sharp. (Attachments: # [1](#) Exhibit Affidavit of Service)(LaChappelle, Jennifer) (Entered: 03/10/2015) |
| 03/11/2015 | [7](#)<br>(3 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # |

| | | |
|---|---|---|
| | | [5]) . Notice Date 03/11/2015. (Admin.) (Entered: 03/12/2015) |
| 03/11/2015 | [8] (2 pgs) | Certificate of Mailing Re: Deficiency Notice (related document(s) (Related Doc # [4]) . Notice Date 03/11/2015. (Admin.) (Entered: 03/12/2015) |
| 04/01/2015 | 9 | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 4/15/2015 at 08:30 AM at Office of UST (355 Main Street, Poughkeepsie). Debtor absent. (Sapir-13, Jeffrey) (Entered: 04/01/2015) |
| 04/02/2015 | | Pending Deadlines Terminated RE: Incomplete Filings Due (LaChappelle, Jennifer). (Entered: 04/02/2015) |
| 04/15/2015 | [10] (1 pg) | Motion to Dismiss Case filed by Daren A. Webber on behalf of James W. Sharp. (DeCicco, Vincent) (Entered: 04/15/2015) |
| 04/17/2015 | [11] (3 pgs; 3 docs) | Order Granting Motion To Dismiss Case (Related Doc # [10]) signed on 4/17/2015. (LaChappelle, Jennifer) (Entered: 04/17/2015) |
| 04/19/2015 | [12] (2 pgs) | Certificate of Mailing Re: Order to Dismiss (related document(s) (Related Doc # [11]) . Notice Date 04/19/2015. (Admin.) (Entered: 04/20/2015) |
| 05/18/2015 | [13] (4 pgs) | Chapter 13 Trustee's Final Report and Account . (Sapir-13, Jeffrey) (Entered: 05/18/2015) |
| 05/21/2015 | [14] (2 pgs; 2 docs) | Order Discharging Trustee. (LaChappelle, Jennifer). (Entered: 05/21/2015) |
| 05/21/2015 | | Case Closed. (LaChappelle, Jennifer). (Entered: 05/21/2015) |
| 05/23/2015 | [15] (2 pgs) | Certificate of Mailing Re: Order Discharging Trustee (related document(s) (Related Doc # [14]) . Notice Date 05/23/2015. (Admin.) (Entered: 05/24/2015) |

## PACER Service Center

B6B (Official Form 6B) (12/07)

IN RE Sharp, James W. _____    Case No. _____
                           Debtor(s)                                           (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on person | | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America<br>Joint husband and wife<br>Balance $1400, Debtor's 1/2 interest | J | 700.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Goods and furnishings | J | 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Apparel | | 2,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life | | Unknown |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA | H | 300,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | JWS Info Corp.<br>Nature of Business: Statistal Analysis<br>100% Stock interst<br>On balance in coprporate $20,000 | H | 20,000.00 |

EXHIBIT 10

B6B (Official Form 6B) (12/07) - Cont.

IN RE Sharp, James W. _____   Case No. _____
                Debtor(s)                                                  (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 VOLVO XC90 Utility 4D 5-Passenger 2.5T 2WD Vehicle Volvo Poor condition | H | 800.00 |
| | | 2005 BMW 3 Series Wagon 4D 325i Vehicle BMW | H | 3,000.00 |
| | | 2015 HONDA CR-V Vehicle Honda | H | 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE Sharp, James W. _____    Case No. _____
            Debtor(s)                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **Basic office equipment** | | 3,000.00 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | 352,700.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____0_____ continuation sheets attached

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James W. Sharp** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of New York, Poughkeepsie Division

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 6I

# Schedule I: Your Income                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | **Medical Director** | |
| | Employer's name | **Bio-Reference Laboratories Inc.** | |
| | Employer's address | _____<br>Number    Street | _____<br>Number    Street |
| | | _____ | _____ |
| | | _____<br>City        State    ZIP Code | _____<br>City        State    ZIP Code |
| | How long employed there? | **10 years** | _____ |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **14,583.34** | $_____ |
| 3. | Estimate and list monthly overtime pay. | 3. + $ **0.00** | + $_____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ **14,583.34** | $_____ |

EXHIBIT 11

| Debtor 1 | **James W. Sharp** | Case number *(if known)* |

| | First Name | Middle Name | Last Name | | | |

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|

| Copy line 4 here .......................................................➔ 4. | $ **14,583.34** | $_____ |

**5. List all payroll deductions:**

| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ **3,544.49** | $_____ |
|---|---|---|---|
| 5b. Mandatory contributions for retirement plans | 5b. | $ **0.00** | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ **0.00** | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. | $ **0.00** | $_____ |
| 5e. Insurance | 5e. | $ **0.00** | $_____ |
| 5f. Domestic support obligations | 5f. | $ **0.00** | $_____ |
| 5g. Union dues | 5g. | $ **0.00** | $_____ |
| 5h. Other deductions. Specify: __**See Schedule Attached**__ | 5h. + $ **398.66** | + $_____ |

**6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ **3,943.16** | $_____ |

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **10,640.18** | $_____ |

**8. List all other income regularly received:**

**8a. Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **9,250.00** | $_____ |

| 8b. Interest and dividends | 8b. | $ **0.00** | $_____ |

**8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $_____ |

| 8d. Unemployment compensation | 8d. | $ **0.00** | $_____ |
| 8e. Social Security | 8e. | $ **0.00** | $_____ |

**8f. Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____ | 8f. | $ **0.00** | $_____ |

| 8g. Pension or retirement income | 8g. | $ **0.00** | $_____ |
| 8h. Other monthly income. Specify: _____ | 8h. + $ **0.00** | + $_____ |

**9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ **9,250.00** | $_____ |

**10. Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **19,890.18** + $_____ = $ **19,890.18** |

**11. State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____ | 11. + $ **0.00** |

**12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies | 12. | $ **19,890.18**

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain: | **None**

| Official Form 6I | **Schedule I: Your Income** | page 2 |

**IN RE** Sharp, James W.                                              Case No. _____
                    <u>Debtor(s)</u>

### SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
#### Continuation Sheet - Page 1 of 1

|                              | DEBTOR | SPOUSE |
|------------------------------|--------|--------|
| Other Payroll Deductions:    |        |        |
| **Dental**                   | 17.33  |        |
| **Medical**                  | 381.33 |        |

**Fill in this information to identify your case:**

Debtor 1   **James W. Sharp**
           First Name              Middle Name              Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name              Last Name

United States Bankruptcy Court for the: Southern District of New York, Poughkeepsie Division

Case number
(if known)   _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   ☑ No
   ☐ Yes. Fill out this information for
      each dependent..........................

   Do not list Debtor 1 and
   Debtor 2.

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  |  | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $   4,589.70 |
| If not included in line 4: |  |  |
| 4a. Real estate taxes | 4a. | $   0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $   0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $   200.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $   0.00 |

| Debtor 1 | __James W. Sharp_____ | | | Case number *(if known)*_____ ___ ___ ___ ___ ___ ___ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

|  | | | | **Your expenses** |
|---|---|---|---|---|

| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | $ | 0.00 |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ | 900.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ | 200.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 350.00 |
| 6d. | Other. Specify: __See Schedule Attached__ | 6d. | $ | 550.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 850.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 250.00 |
| 10. | **Personal care products and services** | 10. | $ | 450.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 350.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 1,100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 450.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 90.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| 15a. | Life insurance | 15a. | $ | 333.00 |
| 15b. | Health insurance | 15b. | $ | 0.00 |
| 15c. | Vehicle insurance | 15c. | $ | 250.00 |
| 15d. | Other insurance. Specify:_____ | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ | 444.76 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| 17c. | Other. Specify: __Vehicle Care__ | 17c. | $ | 150.00 |
| 17d. | Other. Specify: _____ | 17d. | $ | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| 20b. | Real estate taxes | 20b. | $ | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |

Debtor 1    **James W. Sharp**
            First Name    Middle Name    Last Name                Case number *(if known)*_____

21.  Other. Specify: **Spouses personal expenses**_____    21.  +$____1,500.00____

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.                          22.  $____13,007.46____

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $____19,890.18____

     23b.  Copy your monthly expenses from line 22 above.                      23b.  −$____13,007.46____

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income*.                           23c.  $____6,882.72____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑ No.
     ☐ Yes.    **None**

**IN RE Sharp, James W.** _____    Case No. _____
                                  Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| | |
|---|---|
| Other Utilities | |
| **Cell** | **200.00** |
| **Garbage** | **150.00** |
| **Wife's cell** | **200.00** |

B7 (Official Form 7) (04/13)

**United States Bankruptcy Court**
**Southern District of New York, Poughkeepsie Division**

IN RE:                                                                    Case No. _____

**Sharp, James W.** _____    Chapter **13** _____

Debtor(s)

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☑  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**2. Income other than from employment or operation of business**

None ☑  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

EXHIBIT 12

None  *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately
☑    preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than
$6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married
debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

  *\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None  *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors
☑    who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this
☐    bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **RBS Citizens, NA vs Sharp, James W., ET AL** | **Civil-Foreclosure** | **Dutchess Supreme** | **Sale date pending** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding
☑    the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to
☑    the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

### 6. Assignments and receiverships

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.
☑    (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and joint petition is not filed.)

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the
☑    commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual
☑    gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100
per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the
☑    commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt
☐    consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement
of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bankruptcy Counseling** | 03/06/2015 | **$9.99** |
| **Law Office Of Daren A. Webber 134 W Main St** | 03/06/2015 | **$5500** |

**Goshen, NY 10924-1952**

**10. Other transfers**

None  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either
☑  absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or
chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

None  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar
☑  device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise
☑  transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts,
certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations,
brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

**12. Safe deposit boxes**

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately
☑  preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this
☑  case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None  List all property owned by another person that the debtor holds or controls.


**15. Prior address of debtor**

None  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during
☑  that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,
☑  Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case,
identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**
For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances,
wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating
the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the
debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant
or similar term under an Environmental Law.

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or
☑  potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the
Environmental Law.

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate
☑  the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **JWS Info Corp.** | | **34 Livingston St Poughkeepsie, NY 12601-4713** | **Nature of Business: Statistal Analysis 100% Stock interst** | |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☑ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

B6D (Official Form 6D) (12/07)

**IN RE** Sharp, James W. ................................................. Case No. .................................................
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1347** <br><br>**CCO Mortgag/Citizens Bank** <br>**Cco Mortgage Corp,Charter** <br>**10561 Telegraph Rd** <br>**Glen Allen, VA  23059-4577** | X | J | **Second Mortgage Primary Residence** <br><br>**Second Mortgage** <br><br> <br>VALUE $ **700,000.00** | | | | **127,730.57** | |
| ACCOUNT NO. <br><br>**Medical Malpractice Insurance Pool of NY** <br>**2 Park Ave Ste 2600** <br>**New York, NY  10016-5675** | | | **Judgment Lien** <br><br>**Judgment Lien** <br><br> <br>VALUE $ **700,000.00** | | | | **2,530.00** | |
| ACCOUNT NO. <br><br>**RBS Citezns Bank** <br>**Corporate** <br>**1 Citizens Plz Ofc** <br>**Providence, RI  02903-1344** | X | J | **1st Mortgage Primary Residence** <br><br>**First Mortgage** <br><br> <br>VALUE $ **700,000.00** | | | | **287,188.66** | |
| ACCOUNT NO. <br><br>**Rhinebeck Bank** <br>**PO Box 1191** <br>**Poughkeepsie, NY  12602-0000** | | H | **Vehcle finance Honda CRV** <br><br>**Vehicle Finance** <br><br> <br>VALUE $ **20,000.00** | | | | **24,000.00** | **4,000.00** |

_____**0** continuation sheets attached

|  | | Subtotal <br>(Total of this page) | $ **441,449.23** | $ **4,000.00** |
|---|---|---|---|---|
|  | | Total <br>(Use only on last page) | $ **441,449.23** | $ **4,000.00** |
|  | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

EXHIBIT 13

B6E (Official Form 6E) (04/13)

IN RE Sharp, James W.             Case No. _____
_____
Debtor(s)                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m)

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1 continuation sheets attached

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6E (Official Form 6E) (04/13) - Cont.

IN RE Sharp, James W.                                          Case No. _____
_____                                        (If known)
         Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service (IRS)**<br>**PO Box 7346**<br>**Philadelphia, PA  19101-7346** | | | **Federal Tax Debt/Liens**<br><br>**Income Tax Debt** | | | | 80,000.00 | 80,000.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ____1___ of ____1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) | $ 80,000.00 | $ 80,000.00 | $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 80,000.00

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 80,000.00 | $

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6F (Official Form 6F) (12/07)

IN RE Sharp, James W. _____    Case No. _____
                     Debtor(s)                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Internal Revenue Service (IRS)**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | | **Income Tax LiabilityTax Years ending: 2009, 2008, 2007** | | | | **28,586.75** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

_____0 continuation sheets attached

|  | Subtotal (Total of this page) | \$ | **28,586.75** |
|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | \$ | **28,586.75** |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**Repeat, DebtEd, MDisCs, CLOSED**

# U.S. Bankruptcy Court
## Southern District of New York (Poughkeepsie)
## Bankruptcy Petition #: 15-37137-cgm

|  |  |
|---|---|
| | *Date filed:* 11/20/2015 |
| *Assigned to:* Judge Cecelia G. Morris | *Date terminated:* 02/19/2016 |
| Chapter 13 | *Debtor dismissed:* 01/21/2016 |
| Voluntary | *341 meeting:* 01/20/2016 |
| Asset | |

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**James W. Sharp**
50 Townsend Farm Rd
Lagrangeville, NY 12540-5965
DUTCHESS-NY
SSN / ITIN: xxx-xx-8180

represented by **Daren Webber**
Law Office of Daren A. Webber
134 W Main St Ste 2
Goshen, NY 10924-1958
(845) 615-9108
Fax : (845) 507-1169
Email: darenawebberllc@gmail.com

**Trustee**
**Jeffrey L. Sapir-13**
As Chapter 13 and 12 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603
(914) 328-6333

represented by **Jeffrey L. Sapir-13**
As Chapter 13 and 12 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603
(914) 328-6333
Fax : (914) 328-7299
Email: info@sapirch13tr.com

**U.S. Trustee**
**United States Trustee**
74 Chapel Street
Albany, NY 12207
(518) 434-4553

| Filing Date | # | Docket Text |
|---|---|---|
| 11/20/2015 | 1 (48 pgs) | Voluntary Petition (Chapter 13). Order for Relief Entered. Fee Amount $ 310.00, Receipt Number 34465. Chapter 13 Model Plan due 12/4/2015. Incomplete Filings due by 12/4/2015, Filed by Daren Webber of Law Office of Daren A. Webber on behalf of James W. Sharp . (Sierra, Emiliano) (Entered: 11/20/2015) |

EXHIBIT 14

| 11/20/2015 | 2 (1 pg) | Exhibit D Re: Credit Counseling Requirement, Stating Full Satisfaction of Requirement Filed by Daren Webber on behalf of James W. Sharp. (Sierra, Emiliano) (Entered: 11/20/2015) |
|---|---|---|
| 11/20/2015 | 3 (1 pg) | Certificate of Credit Counseling, Certificate Number [s]: 15725-NYS-CC-026556802 Filed by Daren Webber on behalf of James W. Sharp. (Sierra, Emiliano) (Entered: 11/20/2015) |
| 11/20/2015 | | Judge Cecelia G. Morris added to the case, Trustee Jeffrey L. Sapir-13 added to the case. (Sierra, Emiliano) (Entered: 11/20/2015) |
| 11/20/2015 | | Repeat Filer. Previous Case Number(s) and Information: Chapter 13; Case 14-36209 was filed on 6/11/2014, dismissed 7/15/2014, closed 11/24/2014. Chapter 13; Case 15-35405 was filed on 3/06/2015, dismissed 4/17/2015, closed 5/21/2015. (Sierra, Emiliano) (Entered: 11/20/2015) |
| 11/20/2015 | 4 (2 pgs; 2 docs) | Deficiency Notice. (Sierra, Emiliano) (Entered: 11/20/2015) |
| 11/20/2015 | 5 (3 pgs; 2 docs) | Chapter 13 341(a) Notice with 341(a) meeting to be held on 12/23/2015 at 10:30 AM at Office of UST (355 Main Street, Poughkeepsie), with Confirmation hearing to be held on 1/26/2016 at 01:25 PM at Poughkeepsie Office - 355 Main Street. Last day to object to dischargeability of a debt is 2/22/2016. Last day to Object to Confirmation 1/19/2016, Proofs of Claim due by 3/22/2016. (Sierra, Emiliano) (Entered: 11/20/2015) |
| 11/22/2015 | 6 (3 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # 5)) . Notice Date 11/22/2015. (Admin.) (Entered: 11/23/2015) |
| 11/22/2015 | 7 (2 pgs) | Certificate of Mailing Re: Deficiency Notice (related document(s) (Related Doc # 4)) . Notice Date 11/22/2015. (Admin.) (Entered: 11/23/2015) |
| 11/24/2015 | 8 (2 pgs) | Letter : *Trustee's Notice to debtor/Attorney* Filed by Jeffrey L. Sapir-13 on behalf of Jeffrey L. Sapir-13. (Sapir-13, Jeffrey) (Entered: 11/24/2015) |
| 12/23/2015 | 9 | |

| | | |
|---|---|---|
| | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 1/20/2016 at 08:30 AM at Office of UST (355 Main Street, Poughkeepsie). Debtor absent. (Sapir-13, Jeffrey) (Entered: 12/23/2015) |
| 01/07/2016 | 10 (1 pg) | Notice of Appearance filed by Anthony Jan-Huan Sun on behalf of United States Of America. (Sun, Anthony) (Entered: 01/07/2016) |
| 01/08/2016 | 11 | Please take notice that the hearing currently scheduled to be held on January 26, 2016 at 1:25 PM has been rescheduled to February 9, 2016 at the same time at the Poughkeepsie Office - 355 Main Street. (Fredericks, Frances). (Entered: 01/08/2016) |
| 01/14/2016 | 12 (1 pg) | Motion to Dismiss Case filed by Daren Webber on behalf of James W. Sharp. (Colon, Gwen) (Entered: 01/14/2016) |
| 01/20/2016 | 13 (1 pg) | Motion to Dismiss Case filed by Daren Webber on behalf of James W. Sharp. (Colon, Gwen) (Entered: 01/20/2016) |
| 01/21/2016 | 14 (3 pgs; 3 docs) | Order Granting Motion To Dismiss Case (Related Doc # 13) signed on 1/21/2016. (Colon, Gwen) (Entered: 01/21/2016) |
| 01/22/2016 | | Pending Deadlines Terminated: Case dismissed. (Colon, Gwen) (Entered: 01/22/2016) |
| 01/23/2016 | 15 (2 pgs) | Certificate of Mailing Re: Order to Dismiss (related document(s) (Related Doc # 14)) . Notice Date 01/23/2016. (Admin.) (Entered: 01/24/2016) |
| 02/11/2016 | 16 (4 pgs) | Chapter 13 Trustee's Final Report and Account . (Sapir-13, Jeffrey) (Entered: 02/11/2016) |
| 02/19/2016 | 17 (2 pgs; 2 docs) | Order Discharging Trustee. (Colon, Gwen). (Entered: 02/19/2016) |
| 02/19/2016 | | Case Closed. (Colon, Gwen). (Entered: 02/19/2016) |
| 02/21/2016 | 18 (2 pgs) | Certificate of Mailing Re: Order Discharging Trustee (related document(s) (Related Doc # 17)) . Notice Date 02/21/2016. (Admin.) (Entered: 02/22/2016) |

B6D (Official Form 6D) (12/07)

IN RE Sharp, James W. _____   Case No. _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1347**<br>**CCO Mortgag/Citizens Bank**<br>**Cco Mortgage Corp,Charter**<br>**10561 Telegraph Rd**<br>**Glen Allen, VA  23059-4577** | X | J | **Second Mortgage Primary Residence**<br><br>**Second Mortgage**<br><br>VALUE $ **700,000.00** | | | | **127,730.57** | |
| ACCOUNT NO.<br>**Medical Malpractice Insurance Pool of NY**<br>**2 Park Ave Ste 2600**<br>**New York, NY  10016-5675** | | | **Judgment Lien**<br><br>**Judgment Lien**<br><br>VALUE $ **700,000.00** | | | | **2,530.00** | |
| ACCOUNT NO.<br>**RBS Citezns Bank**<br>**Corporate**<br>**1 Citizens Plz Ofc**<br>**Providence, RI  02903-1344** | X | J | **1st Mortgage Primary Residence**<br><br>**First Mortgage**<br><br>VALUE $ **700,000.00** | | | | **287,188.66** | |
| ACCOUNT NO.<br>**Rhinebeck Bank**<br>**PO Box 1191**<br>**Poughkeepsie, NY  12602-0000** | | H | **Vehcle finance Honda CRV**<br><br>**Vehicle Finance**<br><br>VALUE $ **20,000.00** | | | | **24,000.00** | **4,000.00** |

_____ **0** continuation sheets attached

Subtotal
(Total of this page)    $ **441,449.23**  $ **4,000.00**

Total
(Use only on last page)    $ **441,449.23**  $ **4,000.00**

(Report also on Summary of Schedules.)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

EXHIBIT 15

B6E (Official Form 6E) (04/13)

**IN RE Sharp, James W.** _____     Case No. _____
                         Debtor(s)                                             (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1** continuation sheets attached

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6E (Official Form 6E) (04/13) - Cont.

**IN RE** Sharp, James W. ............................................................     Case No. ..............................................
                              Debtor(s)                                                                (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service (IRS)**<br>**PO Box 7346**<br>**Philadelphia, PA  19101-7346** | | | **Federal Tax Debt/Liens**<br><br>**Income Tax Debt** | | | | 80,000.00 | 80,000.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ____**1**__ of ____**1**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Totals of this page) | $ 80,000.00 | $ 80,000.00 | $ |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 80,000.00 | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 80,000.00 | $ |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6F (Official Form 6F) (12/07)

IN RE Sharp, James W. _____   Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service (IRS)**<br>**PO Box 7346**<br>**Philadelphia, PA  19101-7346** | | | **Income Tax LiabilityTax Years ending: 2009, 2008, 2007** | | | | **28,586.75** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

_____ **0** continuation sheets attached

Subtotal (Total of this page) |$ **28,586.75**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) |$ **28,586.75**

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6B (Official Form 6B) (12/07)

**IN RE** Sharp, James W. _____   Case No. _____
                  Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on person** | | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America** <br> **Joint husband and wife** <br> **Balance $1400, Debtor's 1/2 interest** | J | 700.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Goods and furnishings** | J | 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Apparel** | | 2,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life** | | Unknown |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA** | H | 300,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **JWS Info Corp.** <br> **Nature of Business: Statistal Analysis** <br> **100% Stock interst** <br> **On balance in coprporate $20,000** | H | 20,000.00 |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

EXHIBIT 16

B6B (Official Form 6B) (12/07) - Cont.

IN RE Sharp, James W. _____   Case No. _____

_____   (Debtor(s))   _____ (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 VOLVO XC90 Utility 4D 5-Passenger 2.5T 2WD Vehicle Volvo Poor condition | H | 800.00 |
| | | 2005 BMW 3 Series Wagon 4D 325i Vehicle BMW | H | 3,000.00 |
| | | 2015 HONDA CR-V Vehicle Honda | H | 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6B (Official Form 6B) (12/07) - Cont.

IN RE Sharp, James W.                                                      Case No. _____
                                   Debtor(s)                                                (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Basic office equipment** | | 3,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 352,700.00 |

© 2015 CINgroup 1-866-218-1003 – CINcompass (www.cincompass.com)

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B7 (Official Form 7) (04/13)

## United States Bankruptcy Court
## Southern District of New York, Poughkeepsie Division

IN RE:                                                    Case No. _____

Sharp, James W.                                          Chapter 13 _____
                        Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

### 1. Income from employment or operation of business

None ☑ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 2. Income other than from employment or operation of business

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 2015 CINgroup 1.866.216.1003 – CINcompass (www.cincompass.com)

## EXHIBIT 17

© 2015 CINgroup 1 866 216 1003 – CINcompass (www.cincompass.com)

None ☑ b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **RBS Citizens, NA vs Sharp, James W., ET AL** | **Civil-Foreclosure** | **Dutchess Supreme** | **Sale date pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bankruptcy Couneling** | **11/10/2015** | **$14.99** |
| **Law Office Of Daren A. Webber** | **11/10/2015** | **$5500** |

**None** ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

**None** ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| JWS Info Corp. | | 34 Livingston St Poughkeepsie, NY 12601-4713 | Nature of Business: Statistal Analysis 100% Stock interst | |

**None** ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

**None** ☑ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**None** ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

**None** ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

**None** ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

## 20. Inventories

**None** ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a.. above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **November 10, 2015**             Signature _Jushar_____
                                        of Debtor
                                                                **James W. Sharp**

Date: _____           Signature _____
                                        of Joint Debtor
                                        (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 2015 CINgroup 1.866.216.1003 – CINcompass (www.cincompass.com)