| UNITED STATES BANKRUPTCY COURT | HEARING DATE: December 6, 2016 |
| SOUTHERN DISTRICT OF NEW YORK | HEARING TIME: 9:00 a.m. |
| POUGHKEEPSIE DIVISION | |

------------------------------------------------------x
In re:                                                 :
                                                       :  Case No. 16-30001 (CGM)
JAMES W. SHARP,                                        :
                                                       :  (Chapter 7)
                        Debtor.                        :
------------------------------------------------------x

**ORDER DISMISSING CASE UNDER 11 U.S.C. § 706(a) WITH PREJUDICE
TO FILING ANY BANKRUPTCY CASES UNDER ANY CHAPTER
FOR ONE YEAR UNDER 11 U.S.C. §§ 105(a) AND 349(a)**

Upon the United States Trustee's Motion to Dismiss Case under 11 U.S.C. § 706(a) with Prejudice to Filing any Bankruptcy Cases under Any Chapter under 11 U.S.C. §§ 105(a) and 349(a) (the "Motion"), and the hearing on the Motion held on December 6, 2016, and it appearing that notice was proper and that there is cause to grant the relief requested, it is hereby

ORDERED, that the Debtor's case is dismissed; and it is further

ORDERED, that the Debtor is barred from filing any bankruptcy cases under any chapter for one year from the date of entry of this Order.



**Dated: December 13, 2016**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**